IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHAQUAN NIEJEL COREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-184 |
| | ) | |
| HANCOCK STATE PRISON and GEORGE IVORY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff filed this case in the Southern District of Georgia even though the named defendants are located in Hancock County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Hancock County. (See doc. no. 1.) Because Hancock County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 29th day of October, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA